**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**vs**                                             **CRIMINAL ACTION NO. 3:14CR-110-JGH**

**JAASON BOWLUS**                                                 **DEFENDANT**

## REPORT AND RECOMMENDATION

This case was called in open court on November 5, 2014, to conduct an initial appearance, arraignment, and plea. A. Spencer McKiness, Assistant United States Attorney, was present, as was the defendant, Jaason Bowlus, with Scott C. Cox, retained counsel. The proceedings were recorded by Dena Legg, Official Court Reporter.

The defendant acknowledged his identity, was advised of the nature of the charge against him and of his right to be prosecuted by Indictment. The defendant expressed his willingness for the proceeding to be prosecuted by Information instead of Indictment. A Waiver of Indictment was executed by the defendant and formality of arraignment was waived.

The defendant, by counsel, advised the Court that he desired to enter a plea of guilty to Count 1 of the Information. The court addressed the defendant personally in open Court and determined that the defendant understood those matters set forth in Fed.R.Crim.P.11(b)(1)(A) through (N). The Court further determined, after addressing the defendant personally in open court, that the plea of guilty was voluntary and not the result of force or threats or promises absent the plea agreement. The Court further inquired as to whether the defendant's willingness to plead guilty resulted from prior discussions between the attorney for the government and the defendant and his counsel pursuant to Fed.R.Crim.P.11(c)(1).

The Court was advised that there was a plea agreement in this case, and the Court, on the record, requested disclosure of the plea agreement in open court pursuant to Fed.R.Crim.P.11(c)(2). This plea agreement was entered into pursuant to Rule 11(c)(1)(C). The Court thereupon advised the defendant as required by Fed.R.Crim.P. 11(c)(3)(B).

The Court further determined that there was a factual basis for the plea of guilty as required under Rule 11(b)(3), therefore, the undersigned **RECOMMENDS** that the plea of guilty be accepted, and that the defendant be adjudged guilty as to Count 1 in the Information and have sentence imposed accordingly.

**IT IS HEREBY ORDERED** that this matter will be scheduled, by separate order, for sentencing on **February 5, 2015, at 1:15 p.m.** before the Honorable John G. Heyburn, II, Senior United States District Judge.

The United States having moved for detention, and by agreement of counsel,

**IT IS FURTHER ORDERED** that the defendant shall be remanded to the custody of the United States Marshal Service pending further Order of the Court.

Copies to:
United States Attorney
United States Probation
Counsel of Record

0|20