**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**V.**                                **CRIMINAL ACTION NUMBER : 3:14CR-110-JGH**

**JAASON BOWLUS**                                                   **DEFENDANT**

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

      Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the defendant as to Count 1 in the Information is hereby accepted, and the defendant is adjudged guilty of such offense. Sentencing is hereby scheduled for **February 5, 2015, at 1:15 p.m.** before the Honorable John G. Heyburn II, Senior United States District Court Judge.

Copies to: U.S. Attorney
                U.S. Probation
                Counsel of Record